# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAFISA ROSS,<br><br>    Plaintiff(s),<br><br>vs.<br><br>FRANKLIN CAPITAL CORPORATION,<br><br>    Defendant(s). | 2:10−cv−02226−JCM −GWF<br><br>MINUTE ORDER<br><br>December 28, 2010 |

PRESENT:
The Honorable   James C. Mahan  , U.S. District Judge

Deputy Clerk:   Shannon R Kirkpatrick         Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing     Counsel for Defendant(s):  None Appearing

    The above−entitled action was received on 12/22/10 pursuant to a court order directing transfer from the Pennsylvania Eastern and assigned case number 2:10−cv−02226−JCM −GWF . All future documents filed with this court shall bear said correct case number.

    IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case form on or before **02/11/2011**. Forms made available on our website at www.nvd.uscourts.gov.

    IT IS FURTHER ORDERED that counsel shall have to and including **01/27/2011**, within which to file a Joint Status Report which shall:

    1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

    2. Include a statement by counsel of action required to be taken by this Court.


                            LANCE S. WILSON, CLERK

                            By:  /s/ Shannon R Kirkpatrick

                                  Deputy Clerk