Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: calexander@swlaw.com
       jhargis@swlaw.com

*Attorneys for Defendant Franklin Capital Corporation*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAFISA ROSS<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN CAPITAL CORPORATION,<br><br>Defendant. | CASE NO. 2: 10-cv-02226<br><br>**SUBSTITUTION OF COUNSEL** |

NOTICE IS GIVEN that Defendant, FRANKLIN CAPITAL CORPORATION ("FCC"), hereby substitutes Cynthia L. Alexander, Esq., of the law firm of SNELL & WILMER L.L.P. to represent Franklin Capital for all purposes in the above-entitled matter in the place of Joe N. Nguyen, Esq., of the law firm Reed Smith, LLP.

Defendant, FCC hereby substitutes its counsel of record in this matter from attorney, Joe N. Nguyen, Esq., of the law firm Reed Smith, LLP, to Cynthia L. Alexander, Esq. of the law firm of SNELL & WILMER L.L.P.

Dated: January 26, 2011            FRANKLIN CAPITAL CORPORATION

                                   Jordan L. Cheng
                                   By: _____
                                   Its: Vice President, Director of Legal Compliance

12229030.1

Joe N. Nguyen, Esq. acknowledges that FCC is substituting Cynthia L. Alexander, Esq., of the law firm of SNELL & WILMER L.L.P. to represent FCC for all purposes in the above-entitled action.

Dated: January 26, 2011

REED SMITH, LLP

By: _____
Joe N. Nguyen, Esq.
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Cynthia L. Alexander, Esq. of the law firm of SNELL & WILMER L.L.P. hereby accepts substitution as counsel for Defendant, FCC, for all purposes in the above-entitled action.

Dated: January 26, 2011

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Franklin Capital Corp.*

Please check one: **XXX** RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED this 27th day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** by method indicated below:

__X__  U.S. Mail

_____  U.S. Certified Mail

_____  Facsimile Transmission

_____  Federal Express

__X__  Electronic Service via CM/ECF

and addressed to the following:

Erin Amanda Novak, Esq.
**Francis & Mailman PC**
Land Title Building 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600
Lead Attorney, Pro Hac Vice

*Attorneys for Plaintiff*

DATED this 26th day of January, 2011

/s/ Vickie Campbell
An employee of Snell & Wilmer L.L.P.