# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

2:10-CV-2226 JCM (GWF)

NAFISA ROSS,

        Plaintiff,

v.

FRANKLIN CAPITAL CORPORATION,

        Defendant.

# ORDER

Presently before the court is plaintiff Nafisa Ross' motion for extraordinary relief. (Doc. #16).

The deadline in the above captioned case for filing a verified petition to practice *pro hac vice* is February 9, 2011. (Doc. #11). In the present motion (doc. #16), plaintiff asks the court for a 30 day extension to file the verified petition, because "plaintiff recently declared bankruptcy and plaintiff's counsel is currently ascertaining what their responsibilities will be to the [b]ankruptcy [c]ourt and/or the [b]ankruptcy [t]rustee." Further, plaintiff asserts that plaintiff's counsel conferred with defendant's counsel, and she does not object to an extension.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Nafisa Ross' motion for extraordinary relief (doc. #16) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1	IT IS THEREFORE ORDERED that plaintiff file any verified petition to practice *pro hac*
2	*vice* on or before March 11, 2011.
3	DATED February 25, 2011.

                /s/ James C. Mahan
                **UNITED STATES DISTRICT JUDGE**